# ORIGINAL

ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ              1412
LAWRENCE I. KAWASAKI       5820
820 Mililani Street, Suite 714
Honolulu, Hawai'i          96813
Telephone:    (808)   533-7434
Facsimile: (808) 545-3608

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WENDELL TANGARO, | ) | CIVIL NO. 03-00211 JMS/LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING; |
| | ) | PLAINTIFF'S MOTION TO |
| vs. | ) | CONTINUE TRIAL AND TO EXTEND |
| | ) | DISCOVERY CUT-OFF DATE; |
| JOSEPH BOTELHO, COUNTY OF | ) | AFFIDAVIT OF ERIC A. SEITZ; |
| HAWAI'I, AND JOHN DOES 1-10, | ) | EXHIBIT A; CERTIFICATE OF |
| | ) | SERVICE |
| Defendants. | ) | |
| | ) | **Hearing:** |
| | ) | Date: _____ |
| | ) | Time: _____ |
| | ) | Judge: _____ |
| | ) | |
| | ) | (Trial: March 7, 2006) |

NOTICE OF HEARING

TO:   HARRY FREITAS, ESQ.
      Deputy Corporation Counsel
      County of Hawai'i
      Hilo Lagoon Centre
      101 Aupuni Street, Suite 325
      Hilo, Hawai'i 96720

      Attorney for Defendants
      Joseph Botelho and County of Hawai'i

PLEASE TAKE NOTICE that the attached motion will be

presented to the Honorable _____, United States District Judge, in the U.S. Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, on _____ the _____ day of _____, 2006 at _____ or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, _____January 12, 2006_____.

_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WENDELL TANGARO, | ) | CIVIL NO. 03-00211 JMS/LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S MOTION TO |
| | ) | CONTINUE TRIAL AND TO EXTEND |
| vs. | ) | DISCOVERY CUT-OFF DATE |
| | ) | |
| JOSEPH BOTELHO, COUNTY OF HAWAI'I, AND JOHN DOES 1-10, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLAINTIFFS' MOTION TO CONTINUE TRIAL AND
TO EXTEND DISCOVERY CUT-OFF DATE

Plaintiff, WENDELL TANGARO (hereinafter "Plaintiff"), by and through his undersigned attorneys, hereby moves the Court for an Order continuing the trial in this matter from the week of March 7, 2006 to the week of August 28, 2006 and to extend the discovery cut-off date to June 28, 2006.

This motion is brought pursuant to Rule 7, Federal Rules of Civil Procedure, and Rules 6.2, 7.1, and 40.4, Local Rules of Practice for the U.S. District Court for the District of Hawaii, inter alia, and is based upon the attached affidavit of counsel and exhibits, and the records and files herein.

DATED:   Honolulu, Hawai'i, _____January 12, 2006_____.

_____
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiff