IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WENDELL TANGARO, | ) | CIVIL NO. 03-00211 JMS/LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JOSEPH BOTELHO, COUNTY OF HAWAI'I, AND JOHN DOES 1-10, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that one copy of the within was duly served this date by U.S. Mail, first-class, postage pre-paid to the following at the address listed below:

    HARRY FREITAS, ESQ.
    Deputy Corporation Counsel
    County of Hawai'i
    Hilo Lagoon Centre
    101 Aupuni Street, Suite 325
    Hilo, Hawai'i 96720

    Attorney for Defendants
    Joseph Botelho and County of Hawai'i

DATED: Honolulu, Hawaii, January 12, 2006.

ERIC A. SEITZ