IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WENDELL TANGARO, | ) | CIVIL 03-00211JMS-LEK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH BOTELHO, COUNTY OF | ) | |
| HAWAI'I, AND JOHN DOES 1-10, | ) | |
| | ) | |
| Defendant(s). | | |

## ORDER OF DESIGNATION TO A MAGISTRATE JUDGE

Pursuant to Title 28 United States Code, Sections Sections 636(b)(1)(b) and 636(b)(3) and Local Rule 72.4. United States Magistrate Judge Leslie E. Kobayashi is designated to hear the following matter(s) in the above-entitled case:

Plaintiff's Motion To Continue Trial And To Extend Discovery Cut-Off Date

DATED at Honolulu, Hawaii on   1-17-06  .

J. Michael Seabright
United States Magistrate Judge