ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ            1412
LAWRENCE I. KAWASAKI     5820
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813
Telephone:   (808) 533-7434
Facsimile:   (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WENDELL TANGARO,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>JOSEPH BOTELHO, COUNTY OF,  )<br>HAWAI'I, AND JOHN DOES 1-10,  )<br>  )<br>    Defendants.  )<br>_____ ) | CIVIL NO. 03-00211 JMS/LEK<br><br>EX PARTE MOTION TO SHORTEN TIME FOR HEARING PLAINTIFF'S MOTION TO CONTINUE TRIAL AND DISCOVERY CUTOFF; AFFIDAVIT OF ERIC A. SEITZ; CERTIFICATE OF SERVICE<br><br>Trial:  March 7, 2006 |

EX PARTE MOTION TO SHORTEN TIME FOR HEARING PLAINTIFF'S
MOTION TO CONTINUE TRIAL DATE AND DISCOVERY CUTOFF

Plaintiff Wendell Tangaro, by and through his undersigned attorneys, hereby moves the Court ex parte for an order shortening the time for hearing Plaintiff's motion to continue the trial in the above entitled matter and to extend the time for discovery to be conducted. This motion is brought pursuant to LR 6.2(e), inter alia, and is based upon the attached affidavit of counsel and the records and files herein. The motion to shorten time is unopposed.

Dated: Honolulu, Hawaii, January 18, 2006.

/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WENDELL TANGARO, | ) | CIVIL NO. 03-00211 JMS/LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT OF ERIC A. SEITZ |
| vs. | ) | |
| | ) | |
| JOSEPH BOTELHO, COUNTY OF, | ) | |
| HAWAI'I, AND JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

AFFIDAVIT OF ERIC A. SEITZ

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS. |
| CITY AND COUNTY OF HONOLULU | ) |

ERIC A. SEITZ, being first duly sworn on oath, deposes and says:

(1) I am the principal attorney for Plaintiff Wendell Tangaro in the above entitled matter.

(2) Because this case is set for trial on March 7, 2006, the parties have agreed that the Plaintiff's motion to continue the trial should be heard as soon as possible.

(3) To that end counsel have agreed that the final pretrial conference scheduled herein for January 24, 2006 should be continued and that the time for hearing Plaintiff's motion to continue trial will be shortened so that the motion will be heard on January 26, 2006, at 1:30 P.M.

/s/ Eric A. Seitz  
ERIC A. SEITZ

Subscribed and sworn to before me this 18th day of January, 2006.


/s/ Juli T. Seitz
Juli T. Seitz
Notary Public, State of Hawaii
My Commission Expires: Jan. 4, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WENDELL TANGARO, ) | CIVIL NO. 03-00211 JMS/LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| JOSEPH BOTELHO, COUNTY OF, ) | |
| HAWAI'I, AND JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

CERTIFICATE OF SERVICE

      I DO HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the of the foregoing was served on the following at their last known address:

Served electronically through CM/ECF on January 18, 2006:

    HARRY P. FREITAS, ESQ.        hfreitas@co.hawaii.hi.us
    BRANDON A.K. GONZALES, ESQ.
    Deputies Corporation Counsel
    County of Hawaii

    Dated: Honolulu, Hawaii, January 18, 2006.

                                              /s/ Eric A. Seitz
                                              ERIC A. SEITZ
                                              LAWRENCE I. KAWASAKI

                                              Attorneys for Plaintiff