IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| WENDELL TANGARO, | ) | CIVIL NO. 03-00211 JMS/LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH BOTELHO, COUNTY OF, HAWAI'I, AND JOHN DOES 1-10, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER SHORTENING TIME FOR HEARING PLAINTIFF'S
MOTION TO CONTINUE TRIAL DATE AND DISCOVERY CUTOFF

Plaintiff Wendell Tangaro having filed a motion to continue the trial of the above entitled matter and to extend the time for conducting discovery; and

The parties having agreed to shorten time so that the Plaintiff's motion may be heard and determined as soon as possible; and

Good cause appearing therefor;

Plaintiff Tangaro's ex parte motion to shorten time shall be and hereby is GRANTED. Plaintiff Wendell Tangaro's Motion to Continue Trial Date and Discovery Cutoff shall be heard on January 26, 2006 at 1:30 p.m. before United States Magistrate Judge Leslie E. Kobayashi in Courtroom 7.

IT IS SO ORDERED.

DATED at Honolulu, Hawai'i, January 19, 2006.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**WENDELL TANGARO V. JOSEPH BOTELHO, ET AL; CIVIL NO. 03-00211 JMS-LEK; PLAINTIFF'S MOTION TO CONTINUE TRIAL AND TO EXTEND DISCOVERY CUT-OFF DATE**