# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00211JMS-LEK |
| CASE NAME: | Wendell Tangaro vs. Joseph Botelho, et al. |
| ATTYS FOR PLA: | Lawrence L. Kawasaki |
| ATTYS FOR DEFT: | Harry P.N.S. Freitas |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/26/2006 | TIME: | 1:38-1:40 |

COURT ACTION:  EP: Plaintiff's Motion to Continue Trial and to Extend Discovery Cut-Off Date - Arguments heard.  Motion Granted and terminated. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager