# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 03-00211JMS-LEK

CASE NAME:   Wendell Tangaro vs. Joseph Botelho, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:   1/26/2006                      TIME:

COURT ACTION:   EO: New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1.  Jury trial on October 3, 2006 at 9:00 a.m. before JMS
2.  Final Pretrial Conference on August 22, 2006 at 9:00 a.m. before LEK
3.  Final Pretrial Conference before District Judge N/A
4.  Final Pretrial Statement by August 15, 2006
5.  File motions to Join/Add Parties/Amend Pleadings by **N/A**
6.  File other Non-Dispositive Motions by **N/A**
7.  File Dispositive Motions by **N/A**
8a. File Motions in Limine by September 12, 2006
8b. File opposition memo to a Motion in Limine by September 19, 2006
11a. Plaintiff's Expert Witness Disclosures by **N/A**
11b. Defendant's Expert Witness Disclosures by **N/A**
12. Discovery deadline August 4, 2006
13. Settlement Conference set for June 19, 2006 at **1:30 p.m.** before LEK
14. Settlement Conference statements by June 12, 2006
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by September 19, 2006
21. File Final witness list by September 12, 2006
24. Exchange Exhibit and Demonstrative aids by September 5, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 12, 2006

26. File objections to the Exhibits by September 19, 2006
28a. File Deposition Excerpt Designations by September 12, 2006
28b. File Deposition Counter Designations and Objections by September 19, 2006
29. File Trial Brief by September 19, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00211JMS-LEK;
Wendell Tangaro vs. Joseph Botelho, et al.;
Rule 16 Scheduling Conference Minutes
½6/2006