LINCOLN S.T. ASHIDA   4478
Corporation Counsel

HARRY P. FREITAS   5633
BRANDON A.K. GONZALEZ   7413
Deputies Corporation Counsel
County of Hawai‘i
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawai‘i   96720
Telephone: (808) 961-8251
Facsimile: (808) 961-8622
Email: hfreitas@co.hawaii.hi.us

Attorneys for Defendant JOSEPH BOTELHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| WENDELL TANGARO, | Civil No. 03-00211 JMS/LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | [RE:  DEFENDANT JOSEPH BOTELHO'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [WENDELL TANGARO]] |
| JOSEPH BOTELHO, COUNTY OF HAWAI‘I, AND JOHN DOES 1-10, | |
| Defendants. | |

s:lit\tangaro\doc\cos notice oral depo tangaro\5-26-06\HPFjen.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted

below, a true and correct copy of DEFENDANT JOSEPH BOTELHO'S NOTICE OF

TAKING DEPOSITION UPON ORAL EXAMINATION [WENDELL TANGARO]

was served on the following at their last known address:

     Served electronically through CM/ECF:

     ERIC A. SEITZ, ESQ.         eseitzatty@yahoo.com   May 31, 2006
     LAWRENCE I. KAWASAKI, ESQ.
     Attorneys at Law
     820 Mililani Street, Suite 714
     Honolulu, Hawai'i 96813
         Attorneys for Plaintiff


           _____/s/ Harry P. Freitas_____
           HARRY P. FREITAS
           Deputy Corporation Counsel
           County of Hawai'i