# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/05/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00211JMS-LEK |
| CASE NAME: | Wendell Tangaro vs. Joseph Botelho, et al. |
| ATTYS FOR PLA: | Eric A. Seitz<br>Lawrence I. Kawasaki |
| ATTYS FOR DEFT: | Harry P.N.S. Freitas |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 06/05/2006 | TIME: | 10:00-12:00 |

COURT ACTION:  EP: Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager