LINCOLN S.T. ASHIDA    4478
Corporation Counsel

HARRY P. FREITAS    5633
BRANDON A.K. GONZALEZ    7413
Deputies Corporation Counsel
County of Hawai`i
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawai`i  96720
Telephone: (808) 961-8251
Facsimile: (808) 961-8622
Email: hfreitas@co.hawaii.hi.us

Attorneys for Defendant JOSEPH BOTELHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WENDELL TANGARO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH BOTELHO, COUNTY OF HAWAI`I, AND JOHN DOES 1-10,<br><br>　　　　　Defendants. | Civil. No. 03-00211 DAE/LEK<br><br>STIPULATION FOR DEPOSITION OF JUSTIN AOKI; ORDER |

s:\lit\tangaro\doc\stip to depose aoki\6-1-06\HPFjen.wpd

STIPULATION FOR DEPOSITION OF JUSTIN AOKI

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff

Wendell Tangaro, by and through his attorney, Eric A. Seitz, Esq., and Defendant

Joseph Botelho, by and through his attorney, Deputy Corporation Counsel, Harry P. Freitas, that the deposition of JUSTIN AOKI, may be taken by leave of court;

IT IS HEREBY ORDERED that JUSTIN AOKI, a person confined in prison, pursuant to Federal Rules of Civil Procedure, Rule 30(a)(2), may be deposed at a time suitable to all parties and the correctional facility wherein deponent is being held.

Dated: Honolulu, Hawai`i, June 2, 2006.

/s/ Eric A. Seitz, Esq.
ERIC A. SEITZ, ESQ.
LAWRENCE I. KAWASAKI, ESQ.
Attorneys for Plaintiff
WENDELL TANGARO

Dated: Hilo, Hawai`i, June 5, 2006.

/s/ Harry P. Freitas
HARRY P. FREITAS
Deputy Corporation Counsel
Attorney for Defendant
JOSEPH BOTELHO

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**WENDELL TANGARO V. JOSEPH BOTELHO, ET AL; CIVIL NO. 03-00211 DAE-LEK; STIPULATION FOR DEPOSITION BY JUSTIN AOKI; ORDER**