ERIC A. SEITZ
ATTORNEY AT LAW
A LAW CORPORATION

ERIC A. SEITZ                  1412
LAWRENCE I. KAWASAKI   5820
RONALD N.W. KIM          8306
820 Mililani Street, Suite 714
Honolulu, Hawaii  96813
Telephone:  (808) 533-7434
Facsimile:   (808) 545-3608

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WENDELL TANGARO, | ) | CIVIL NO. 03-00211 JMS/LEK |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S MOTION TO EX- |
| | ) | TEND DEADLINE FOR MOTIONS |
| vs. | ) | TO JOIN ADDITIONAL PARTIES, |
| | ) | AND FOR LEAVE TO FILE FIRST |
| JOSEPH BOTELHO, COUNTY OF | ) | AMENDED COMPLAINT; |
| HAWAI'I, AND JOHN DOES 1-10, | ) | AFFIDAVIT OF ERIC A. SEITZ; |
| | ) | EXHIBITS 1-7; CERTIFICATE OF |
| Defendants. | ) | SERVICE |
| | ) | |
| | ) | Trial: October 3, 2006 |

PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR
MOTIONS TO JOIN ADDITIONAL PARTIES, AND
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff WENDELL TANGARO, by and through his undersigned attorneys, hereby moves this Honorable Court to extend the deadline to join additional parties and for leave to file a First Amended Complaint for Damages to

-2-

add a state law claim for malicious prosecution against Jay T. Kimura, Prosecuting Attorney for the County of Hawaii. The instant motion is brought pursuant to Rules 7 and 15, Federal Rules of Civil Procedure, the Affidavit of Eric A. Seitz and Exhibits 1-7 attached hereto and made a part hereof, and the record and files in this case.

DATED: Honolulu, Hawai'i, July 24, 2006.

/s/ Eric A. Seitz
ERIC A. SEITZ
LAWRENCE I. KAWASAKI
RONALD N.W. KIM

Attorneys for Plaintiff