```
Officer Joseph BOTELHO Jr.    04-17-2002              H-04244
HCPD - Hilo                   Det. T. POY                  HL
                                                    ATT ASSAULT
```

PAGE 3 OF 9 PAGES

### WENDELL TANGARO CONTACTED

04-20-2002: 0937 Hrs.: While at the Hilo Police Station receiving desk, I contacted:



Wendell Nalani TANGARO,
DOB:
SSN:

Res. Ph.:
Unemployed

I contacted TANGARO at the receiving desk where he was being processed for the warrant of arrest. I subsequently escorted him up to the Hilo Criminal Investigation Section interview room.

### ADVICE OF RIGHTS

04-20-2002: 0940 Hrs.: Upon contacting TANGARO in the Hilo CIS interview room, I administered the Advice of Rights to him via the Hawaii County Police Department Advice of Rights form. TANGARO initialed "W. T." in the "yes" columns indicating that he understood his rights and was willing to answer questions and make a statement. He also initialed "W. T." in the "no" columns indicating that he did not want a lawyer now and did not want a lawyer during this interview. TANGARO completed the form by signing his name as "Wendell TANGARO," placing the date as "4-20-02," placing the time as "9:43," and placing the location as "Hilo Police Station." For further information, refer to the Hawaii County Police Department Advice of Rights form submitted.

### STATEMENT OBTAINED

04-20-2002: 0943 Hrs.: After being advised of his rights and waiving same, Wendell TANGARO provided me with a

00120
17909/103

EXHIBIT 1

Officer Joseph BOTELHO Jr.   04-17-2002          H-04244
HCPD - Hilo                     Det. T. POY           HL
                                                                                       ATT ASSAULT

PAGE 4 OF 9 PAGES

statement. The statement was recorded on an audiocassette tape and the following is a summary of that statement.

      TANGARO stated that he did not remember how he got to Shipman Street in Downtown Hilo, but remembers that he was sleeping in his friend Justin's car. He stated that he did not know Justin's last name. He stated that he thought that the car that they were in belonged to Justin.

      TANGARO stated that he remembered Justin waking him up and telling him, "Hurry up! Cops!" He was still in the Honda, but he did not remember where in the car he was when Justin woke him up.

      TANGARO stated that he remembered getting into the driver's seat after pushing Justin out of the way and then starting up the car. He also remembered seeing a policeman trying to open the front door so he reached over and locked it (the door). He also remembered reversing out of the parking stall and as he was getting ready to drive down the road and leave the area he was shot by a police officer.

      TANGARO stated that he was not trying to run over any police officer, but was trying to get out of the area.

      While interviewing TANGARO, I had him sketch a diagram to explain his actions at Shipman Street. TANGARO drew diagrams on three separate green sheets of steno paper. These sketches have been submitted.

      For further information regarding TANGARO's interview, refer to the audiocassette tape, which is being submitted.

<u>DIAGRAMS OBTAINED</u>

      04-20-2002: 1030 Hrs.: Upon completion of my interview with Wendell TANGARO, I recovered three green sheets of steno paper on which TANGARO had sketched the scene of this incident. For further reference, refer to EPR No. 41TCP14.