Officer Joseph BOTELHO         04-17-2002           H-04244
HCPD - Hilo                    Det. T. POY                HL
                                                    ATT ASSAULT

PAGE 6 OF 8 PAGES

    It should be noted that previously TANGARO did not wish to have the bullet removed from his body but it appears as if he had changed his mind.

    04-26-2002:  1045 Hrs.:  I recontacted Dr. OLDFATHER in his office at 82 Puuhonu Place, Suite No. 202, in Hilo and was informed by him that he would be able to surgically remove the bullet from TANGARO's top left shoulder area and that this simple procedure would be done in his office after it was requested by TANGARO.

WENDELL TANGARO RECONTACTED

    04-26-2002:  1048 Hrs.:  While within Dr. OLDFATHER's office, I recontacted Wendell TANGARO and was informed by him that the bullet lodged in his upper left shoulder area was bothering him and because of that he wanted it removed.

    At this time, the Hawaii Police Department Advice of Search and Seizure Rights and Consent to Search form was read to TANGARO who completed the form by writing "yes" in the block, signing the form "Wendell TANGARO," and placing the time as "10:50" (1050 hours).  This form was witnessed by Adult Corrections Officer (ACO) Karen GOULD and was also done in the presence of another ACO, ACO Mark LOWERY.

    For further information refer to the Hawaii Police Department consent to search form.

PHOTOS

    04-26-2002:  1050 Hrs.:  While within Dr. OLDFATHER's office, I took nine photos which depicted Wendell TANGARO and his injuries and the area on his body where the bullet was located prior to it being removed.  The photos also included the incision on TANGARO's left shoulder area and the bullet as it was removed from that incision.

EXHIBIT 2

00132

18312/109

```
Officer Joseph BOTELHO        04-17-2002              H-04244
HCPD - Hilo                   Det. T. POY                  HL
                                                  ATT ASSAULT
```

PAGE 7 OF 8 PAGES

    Upon return to the Hilo Police Station, I took four additional photos utilizing a measuring scale to depict the size of the bullet which was removed from TANGARO's body.

    For further information refer to Photographic Record No. 14TPC3.

## EVIDENCE RECOVERED

    04-26-2002: 1110 Hrs.: While at 82 Puuhonu Street in Hilo, I recovered a spent bullet after it was surgically removed from Wendell TANGARO's body. Reference can be made to EPR No. 42TCP15.

## REQUEST LETTER SUBMITTED/RECEIVED

    04-26-2002: 1530 Hrs.: I submitted a request letter for assistance from the Honolulu Police Department SIS personnel or analysis of evidence recovered in this case.

    04-29-2002: 1230 Hrs.: I received the request letter after it was approved by Assistant Chief Wendell PAIVA.

## EVIDENCE RECEIVED

    04-29-2002: 1530 Hrs.: While at the Hilo Police Station evidence room, I received evidence under this report number for the following Evidence/Property receipts, specifically:

    1. EPR No. 3KKKM

    2. EPR No. 5KKKM

    3. EPR No. 6JE

    4. EPR No. 17MB