JAY T. KIMURA  2497
Prosecuting Attorney
County of Hawai`i
34 Rainbow Drive
Hilo, Hawai`i 96720
Tel. No. 961-0466

FILED

2005 MAR 24  AM 9: 27

P. TANAKA, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

Attorney for State of Hawai`i

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAI`I

| | |
|---|---|
| STATE OF HAWAI`I | ) CR. NO. 05-1-0080 |
| vs. | ) INDICTMENT |
| WENDELL TANGARO, | ) (Hilo) |
| Defendant. | ) |

INDICTMENT  (H-04244/SH)

The Grand Jury charges:

On or about the 17th day of April, 2002, in the County and State of Hawai`i, WENDELL TANGARO, with the intent to terrorize, or in reckless disregard of the risk of terrorizing a public servant, JOSEPH BOTELHO, did threaten by word or conduct, to cause bodily injury to JOSEPH BOTELHO, and/or with the intent to terrorize, or in reckless disregard of the risk of terrorizing another person, JOSEPH BOTELHO, did threaten by word or conduct, with the use of a dangerous instrument, a vehicle, to cause bodily injury to JOSEPH BOTELHO, thereby committing the offense of Terroristic Threatening in the First Degree, in violation of Sections 707-715(1) and 707-716(c), and/or 707-716(d), Hawai`i Revised Statutes, as amended.

Dated: Hilo, Hawai`i, March 23, 2005.

A TRUE BILL   Carol A. Conner
              CAROL A. CONNER
              Foreperson

Deputy Prosecuting Attorney
County of Hawai`i

EXHIBIT 5

I hereby certify that this is a full, true and correct copy of the original on file in this office.