| STATE OF HAWAI'I CIRCUIT COURT OF THE THIRD CIRCUIT | JUDGMENT OF ACQUITTAL NOTICE OF ENTRY | CASE NUMBER Cr. No. 05-1-80 |
|---|---|---|
| STATE OF HAWAI'I VS (DEFENDANT) **WENDELL TANGARO** Social Security Number: 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 SID: DOB: 9/14/73 | | REPORT NUMBER(S) H-04244/SH |

Defense Counsel: Eric Seitz

| ORIGINAL CHARGE(S) TERRORISTIC THREATENING IN THE 1ST DEGREE (§§707-715(1) & 707-716(c) &/or 707-716(d), H.R.S.) | CHARGE(S) DEFENDANT ACQUITTED OF TERRORISTIC THREATENING IN THE 1ST DEGREE (§§707-715(1) & 707-716(c) &/or 707-716(d), H.R.S.) |
|---|---|

C. OKAWA, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

2006 JUN -2 AM 11:47    FILED

JURY TRIAL

The defendant having entered a plea or pleas of Not Guilty and the above verdict(s) or finding(s) having been entered, IT IS ADJUDGED that the Defendant has been acquitted and is not guilty of the charge(s) stated above.

| DATE JUN - 2 2006 | JUDGE GREG K. NAKAMURA | SIGNATURE |
|---|---|---|

THIRD CIRCUIT COURT SEAL STATE OF HAWAII

**NOTICE OF ENTRY**

THE FOREGOING JUDGMENT HAS BEEN ENTERED AND A COPY MAILED OR DELIVERED TO EACH PARTY.

| DATE JUN - 2 2006 | CLERK J. NAKAMURA |
|---|---|

[x] ORIGINAL FILE [x] DPA [x] DEFENSE-Eric Seitz [x] PROBATION [x] POLICE [ ] PUBLIC SAFTEY [x] FISCAL

I hereby certify that this is a full, true and correct copy of the original on file in this office.

Clerk, Third Circuit Court, State of Hawaii

Rev. May 16, 2006    EXHIBIT  6    LANFORM-014-JUDGMENT OF ACQUITTAL



RECEIVED JUN 06 2006