IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WENDELL TANGARO, | ) | CIVIL NO. 03-00211 JMS/LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| JOSEPH BOTELHO, COUNTY OF HAWAI'I, AND JOHN DOES 1-10, | ) ) | |
| | ) | Trial: October 3, 2006 |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that, a true and correct copy of the of the foregoing was served electronically via CM/ECF to the following at their last known address:

>HARRY P. FREITAS, ESQ.
>BRANDON A.K. GONZALES, ESQ.
>Deputies Corporation Counsel
>County of Hawaii
>101 Aupuni Street, Suite 325
>Hilo, Hawaii 96720
>E-mail: hfreitas@co.hawaii.hi.us

DATED: Honolulu, Hawaii, July 24, 2006.

>/s/ Eric A. Seitz
>ERIC A. SEITZ
>LAWRENCE I. KAWASAKI
>RONALD N.W. KIM
>
>Attorneys for Plaintiff