IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WENDELL TANGARO, | Civil. No. 03-00211 JMS/LEK |
| Plaintiff, | DECLARATION OF HARRY P. FREITAS |
| vs. | |
| JOSEPH BOTELHO, COUNTY OF HAWAI`I, AND JOHN DOES 1-10, | |
| Defendants. | |

## DECLARATIOIN OF HARRY P. FREITAS

I, HARRY P. FREITAS, hereby declare as follows:

1.  I am the Deputy Corporation Counsel assigned to handle the above-captioned matter on behalf of Defendant Joseph Botelho.

2.  Exhibit "A," is a true and accurate copy of Section 2-188 of the Hawai'i County Code.

3.  Exhibit "B" is a true and accurate copy of the Order Denying in Part and Granting in Part Defendant Joseph Botelho's Motion for Summary Judgment and County of Hawai'i's Motion for Summary Judgment filed on August 5, 2004.

I hereby certify and affirm under penalty of law that the foregoing is true and correct.

Dated: Hilo, Hawai'i, August 2, 2006.

                                             /s/ Harry P. Freitas
                                             HARRY P. FREITAS