IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WENDELL TANGARO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH BOTELHO, COUNTY OF HAWAI`I, AND JOHN DOES 1-10,<br><br>　　　　Defendants. | Civil. No. 03-00211 JMS/LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

　Served Electronically through CM/ECF:

　ERIC A. SEITZ, ESQ.　　　　　eseitzatty@yahoo.com　　August 2, 2006
　LAWRENCE I. KAWASAKI, ESQ.
　　　　Attorneys for Plaintiff


　　　　　　　　　　　　　　　/s/ Harry P. Freitas
　　　　　　　　　　　　　　HARRY P. FREITAS
　　　　　　　　　　　　　　Deputy Corporation Counsel
　　　　　　　　　　　　　　County of Hawai'i