# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00211JMS-LEK |
| CASE NAME: | Wendell Tangaro vs. Joseph Botelho, et al. |
| ATTYS FOR PLA: | Eric A. Seitz<br>Lawrence I. Kawasaki |
| ATTYS FOR DEFT: | Harry P.N.S. Freitas |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7; Courtroom 7-No Record |
| DATE: | 08/24/2006 | TIME: | **FTR** (9:03-9:09); 9:10-9:15 |

COURT ACTION:  EP: Plaintiff's Motion to Extend Deadline For Motions to Join Additional Parties, and For Leave to File First Amended Complaint - Arguments heard. Motion Denied and terminated.  Court to prepare Order.

Final Pretrial Conference held.

Trial Days: Plaintiff - 2; Defendants - 1 to 2;
Witnesses: Plaintiff - 6 to 7 (1 will be an expert); Defendants - 2 to 3 (1 to 2 will be experts);
Exhibits: Plaintiff - 1 to 50; Defendants - 100 to 150 series;
Motions in Limine: Plaintiff - 2 to 3; Defendants - 3 to 5.

Submitted by: Warren N. Nakamura, Courtroom Manager