LINCOLN S.T. ASHIDA   4478
Corporation Counsel

HARRY P. FREITAS   5633
BRANDON A.K. GONZALEZ   7413
Deputies Corporation Counsel
County of Hawai'i
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawai'i 96720
Tel. No. 961-8251
Fax No. 961-8622
E-mail: hfreitas@co.hawaii.hi.us

Attorneys for Defendant JOSEPH BOTELHO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| WENDELL TANGARO,<br>　　　　Plaintiff,<br>　　vs.<br>JOSEPH BOTELHO, COUNTY OF HAWAI'I, AND JOHN DOES 1-10,<br>　　　　Defendants. | CASE NUMBER: 03-00211 JMS/LEK<br><br>EXHIBIT LIST |
|---|---|

| PRESIDING JUDGE<br>HONORABLE J. MICHAEL SEABRIGHT | PLAINTIFF'S ATTORNEY<br>ERIC A. SEITZ | DEFENDANT'S ATTORNEY<br>HARRY P. FREITAS   5633<br>BRANDON A.K. GONZALEZ   7413 |
|---|---|---|
| TRIAL DATE(S)<br>OCTOBER 3, 2006 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | 100 | | | | Transcript of Proceedings in Criminal No. 05-1-0080, State of Hawai'i v Wendell Tangaro dated May 9, 2006 |
| | 101 | | | | Transcript of Proceedings in Criminal No. 05-1-0080, State of Hawai'i v Wendell Tangaro dated May 10, 2006 |
| | 102 | | | | Transcript of Proceedings in Criminal No. 05-1-0080, State of Hawai'i v Wendell Tangaro dated May 11, 2006 |
| | 103 | | | | Declaration of Wendell Tangaro dated April 15, 2004 |
| | 104 | | | | Photo of vehicles at scene showing rear of Honda at night, Bates No. 00523 |
| | 105 | | | | Photo of vehicles at scene showing front of Honda at night, Bates No. 00527 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.　　　　Page 1 of 43 Pages

**EXHIBIT LIST - CONTINUATION**

| WENDELL TANGARO, Plaintiff, vs. JOSEPH BOTELHO, COUNTY OF HAWAI'I, AND JOHN DOES 1-10, Defendants. | CIVIL NO. 03-00211 JMS/LEK |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | 106 | | | | Photo of Honda at scene showing passenger window, Bates No. 00633 |
| | 107 | | | | Photo of vehicles at scene showing rear of Honda in day light, Bates No. 00635 |
| | 108 | | | | Photo of vehicles at scene showing interior of Honda, Bates No. 00644 |
| | 109 | | | | Photo of vehicles at scene showing rear of Honda & driver's side of Police vehicle, Bates No. 00652 |
| | 110 | | | | Photo of Mr. Tangaro's shoulder showing lump beneath tattoo, Bates No. 00686 |
| | 111 | | | | Photo of Mr. Tangaro's neck showing injuries, Bates No. 00686 |
| | 112 | | | | Photo of Mr. Tangaro's chest showing injuries, Bates No. 00689 |
| | 113 | | | | Photo of full frontal view of Honda, Bates No. 00696 |
| | 114 | | | | Photo of Honda showing bullet hole in windshield, Bates No. 00700 |
| | 115 | | | | Invoice of Ken's Towing Service dated April 17, 2002, Bates No. 00242 |
| | 116 | | | | Diagram of Shipman Street dated April 18, 2002 |
| | 117 | | | | Police Report H-04244, Bates No. 00118-00212 |
| | 118 | | | | Plaintiff's Responses to Defendants Joseph Botelho and County of Hawai'i's First Request for Answers to Interrogatories and Request for Production of Documents to Plaintiff Wendell Tangaro, without Exhibits, dated January 26, 2004 |
| | 119 | | | | Documents produced in Plaintiff's Responses to Defendants Joseph Botelho and County of Hawai'i's First Request for Answers to Interrogatories and Request for Production of Documents to Plaintiff Wendell Tangaro - Exhibits |
| | 120 | | | | Deposition of Wendell Tangaro taken on June 6, 2006 |
| | 121 | | | | Deposition of Jason Grouns taken on January 3, 2005 |
| | 122 | | | | Transcript of Jason Grouns dated April 17, 2002 at 8:57 a.m., Bates No. 326-346 |
| | 123 | | | | Transcript of Jason Grouns dated April 17, 2002 at 11:13 a.m., Bates No. 39-46 |
| | 124 | | | | Transcript of Jason Grouns dated April 17, 2002 at 12:07 p.m., Bates No. 1615-1618 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.     Page 2 of 4 Pages

**EXHIBIT LIST - CONTINUATION**

| **WENDELL TANGARO,**<br>Plaintiff,<br><br>vs.<br><br>**JOSEPH BOTELHO, COUNTY OF HAWAI'I, AND JOHN DOES 1-10,**<br>Defendants. | | | **CIVIL NO.   03-00211 JMS/LEK** | | |
|---|---|---|---|---|---|
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS*** |
|  | 125 |  |  |  | Deposition of Fetuutuunai Amuimuia taken on January 3, 2005 |
|  | 126 |  |  |  | Transcript of Fetuutuunai Amuimuia dated April 17, 2002 at 8:03 a.m., Bates No. 271-296 |
|  | 127 |  |  |  | Transcript of Fetuutuunai Amuimuia dated April 17, 2002 at 11:55 a.m., Bates No. 1609-1614 |
|  | 128 |  |  |  | Transcript of Joseph Botelho dated April 17, 2002 at 9:44 a.m., Bates No. 299-324 |
|  | 129 |  |  |  | Transcript of Joseph Botelho dated April 17, 2002 at 10:49 a.m., Bates No. 29-35 |
|  | 130 |  |  |  | Transcript of Joseph Botelho dated April 17, 2002 at 12:15 p.m., Bates No. 1618-1626 |
|  | 131 |  |  |  | Deposition of Roger Starbuck taken on December 8, 2004 |
|  | 132 |  |  |  | Report of Warren J. Ferreira dated October 12, 2004, Bates No. 01627-01633 |
|  | 133 |  |  |  | Report of Harold V. Hall dated October 20, 2004, Bates No. 01634-01639 |
|  | 134 |  |  |  | Curriculum Vitae of Warren J. Ferreira, Bates No. 01640-01645 |
|  | 135 |  |  |  | Curriculum Vitae of Harold V. Hall,  Bates No. 01646 – 01656 |
|  | 136 |  |  |  | Video tape recording of interviews/reconstruction with Officers Joseph Botelho, Fetuutuunai Amuimuia and Jason Grouns , 45 Shipman dated April 17, 2002, Bates No. 00856 |
|  | 137 |  |  |  | Video tape recording of interview with Justin Aoki, regarding events at 45 Shipman taken on April 17, 2002, Bates No. 00857 |
|  | 138 |  |  |  | Video tape recording of interview of Officer Fetuutuunai Amuimuia regarding events at 45 Shipman taken on April 17, 2002, Bates No. 00858 |
|  | 139 |  |  |  | Video tape recording of interview with Wendall Tangaro regarding events at 45 Shipman taken on April 20, 2002, Bates No. 00859 |
|  | 140 |  |  |  | Video tape recording of 45 Shipman taken on April 17, 2002, Bates No. 00861 |
|  | 141 |  |  |  | Video tape recording of interview of Officer Jason Grouns regarding events at 45 Shipman taken on April 17, 2002, Bates No. 00863 |
|  | 142 |  |  |  | Video tape recording of interview of Officer Joseph Botelho regarding events at 45 Shipman taken on April 17, 2002, Bates No. 00864 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page 3 of  4 Pages

**EXHIBIT LIST - CONTINUATION**

| WENDELL TANGARO, Plaintiff, vs. JOSEPH BOTELHO, COUNTY OF HAWAI'I, AND JOHN DOES 1-10, Defendants. | | | | | CIVIL NO.   03-00211 JMS/LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|  | 143 |  |  |  | Judgment in CR 95-229 filed April 30, 1996 |
|  | 144 |  |  |  | Amended Judgment in CR 95-229 filed May 2, 1996 (nunc pro tunc to April 30, 1996) |
|  | 145 |  |  |  | Order Granting State's Motion for Revocation of Probation and to Resentence in CR- 95-229 filed November 18, 1997 |
|  | 146 |  |  |  | Notice of Entry of Judgment/Order in CR. No. 95-229 filed November 18, 1997 |
|  | 147 |  |  |  | Order of Resentencing in CR- 95-229 filed December 24, 1997 (nunc pro tunc to December 22, 1997) |
|  | 148 |  |  |  | Order Denying Defendant's Motion to Reconsider Sentence in CR- 95-229 filed March 12, 1999 |
|  | 149 |  |  |  | Notice of Entry of Judgment/Order in CR- 95-229 filed March 12, 1999 |
|  |  |  |  |  | **Defendant Joseph Botelho reserves the right to submit additional exhibits not disclosed by Plaintiff to Defendants at this time.** |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.                    Page 4 of  4 Pages

s:\lit\tangaro\doc\exhibit list\9-5-06\HPFjen.doc