LINCOLN S.T. ASHIDA   4478
Corporation Counsel

HARRY P. FREITAS   5633
BRANDON A.K. GONZALEZ   7413
Deputies Corporation Counsel
County of Hawaiʻi
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawaiʻi   96720
Telephone: (808) 961-8251
Facsimile: (808) 961-8622
Email: hfreitas@co.hawaii.hi.us

Attorneys for Defendant JOSEPH BOTELHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WENDELL TANGARO,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH BOTELHO, COUNTY OF HAWAIʻI, AND JOHN DOES 1-10,<br><br>Defendants. | Civil No. 03-00211 JMS/LEK<br><br>CERTIFICATE OF SERVICE<br><br>[RE:  DEFENDANT JOSEPH BOTELHO'S EXHIBIT LIST; EXHIBITS 100 - 149] |

s:lit\tangaro\doc\cos exhibit list\9-5-06\HPFjen.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of DEFENDANT JOSEPH BOTELHO'S EXHIBIT LIST; EXHIBITS 100 – 149 was served on the following at their last known address:

2

Served electronically through CM/ECF:

ERIC A. SEITZ, ESQ.          eseitzatty@yahoo.com     September 5, 2006
LAWRENCE I. KAWASAKI, ESQ.
Attorneys at Law
820 Mililani Street, Suite 714
Honolulu, Hawaiʻi 96813
    Attorneys for Plaintiff


    /s/ Brandon A.K. Gonzalez
BRANDON A.K. GONZALEZ
Deputy Corporation Counsel
County of Hawaiʻi