LINCOLN S.T. ASHIDA   4478
Corporation Counsel

HARRY P. FREITAS   5633
BRANDON A.K. GONZALEZ   7413
Deputies Corporation Counsel
County of Hawaiʻi
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawaiʻi   96720
Telephone No.:  (808) 961-8251
Facsimile No.:  (808) 961-8622
Email:  hfreitas@co.hawaii.hi.us

Attorneys for Defendant JOSEPH BOTELHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| WENDELL TANGARO,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOSEPH BOTELHO, COUNTY OF HAWAIʻI, AND JOHN DOES 1-10,<br><br>          Defendants. | Civil. No. 03-00211 JMS/LEK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; ORDER |

s:lit\tangaro\doc\stip for dismissal\9-7-06\HPFjen.doc

STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED, by and between the parties, through their

respective counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil

Procedures, that all claims and parties herein are hereby dismissed with prejudice.

In that all appearing parties have signed this Stipulation for Dismissal with Prejudice of All Claims and Parties, there are no remaining parties and/or issues.

Dated: Honolulu, Hawai'i, September 20, 2006.

                                /s/ Eric A. Seitz
                                ERIC A. SEITZ, ESQ.
                                Attorney for Plaintiff Wendell Tangaro

Dated: Hilo, Hawai'i, September 25, 2006.

                                /s/ Harry P. Freitas
                                HARRY P. FREITAS
                                Deputy Corporation Counsel
                                Attorney of Defendant Joseph Botelho

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, September 27, 2006.

J. Michael Seabright
United States District Judge

*Tangaro v. Botelho, et al.*, Civ. No. 03-00211 JMS/LEK, Stipulation for Dismissal with Prejudice of All Claims and Parties